**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**STEUBENVILLE CITY SCHOOL**
**DISTRICT BOARD OF EDUCATION,**

      **Plaintiff,**

   **vs.**

                              **Case No. 2:23-cv-1259**
                              **Judge Edmund A. Sargus, Jr.**
                              **Magistrate Judge Elizabeth P. Deavers**

**ASHLEY COOPER,**

      **Defendant.**

### ORDER

On April 10, 2023, Plaintiff initiated this action and attached two Exhibits to its Complaint. (*See* ECF Nos. 1-1, 1-2.) These Exhibits, however, include the full name of J.C., a minor who is central to Plaintiff's allegations in this matter. (*Id.*) Rule 5.2 of the Federal Rules of Civil Procedure prohibits parties from filing documents containing the full names of minor children. *See* Fed. R. Civ. P. 5.2(a) ("Unless the Court orders otherwise, in an electronic or paper filing with the court that contains . . . the name of an individual known to be a minor, . . . a party or nonparty making the filing may include only: . . . the minor's initials[.]").

Accordingly, the Clerk is **DIRECTED** to **SEAL** the Exhibits to Plaintiff's Complaint, ECF Nos. 1-1 and 1-2. Plaintiff is **DIRECTED** to re-file the Exhibits with all references to J.C.'s full name or first name **REDACTED**. Plaintiff is further **DIRECTED** to cease filing documents containing sensitive information protected by Rule 5.2.

    **IT IS SO ORDERED.**

                                  */s/ Elizabeth A. Preston Deavers*
**DATED:  April 12, 2023**           **ELIZABETH A. PRESTON DEAVERS**
                                 **UNITED STATES MAGISTRATE JUDGE**