# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Steubenville Sch. Dist. Bd. Of Educ. | : | Case No. 2:23-cv-01259-EAS-EPD |
| -vs- | : | Judge Edmund A. Sargus |
| Ashley Cooper, et al | : | |

## NOTICE OF APPEARANCE

Now comes Michelle K. McGuire and enters her appearance as counsel for all Defendants.

Dated: May 4, 2023

*/s/ Michelle K. McGuire*
Michelle K. McGuire (0076553)
PO Box 81804
Cleveland, Ohio 44181
(440) 396-7844
Michelle@mcguirelawadvocacy.com

## CERTIFICATE OF SERVICE

The foregoing, Notice of Appearance was filed electronically this 4th day of May, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michelle K. McGuire*
Michelle K. McGuire (0076553