United States District Court
Southern District of Ohio

_____

**Related Case Memorandum**
**Civil Cases**

TO:  Judge Watson, Judge, Sargus, Magistrate Judge Deavers, and Magistrate Judge Vascura

FROM:  Donald A. Fitzgerald III _____ , Deputy Clerk

DATE:  4/13/2023 _____

SUBJECT:  Case Caption: Steubenville City School District Board of Education v. Cooper

CASE:  Case Number: Doc. 2:23-cv-1259 1

DISTRICT JUDGE:  Judge Edmund A. Sargus and Magistrate Judge Chelsey M. Vascura

File Date:  4/10/2023 _____

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** _____

Case Caption:  **Cooper et al v. STEUBENVILLE CITY SCHOOL DISTRICT**

Case Number:  **Doc. 2:22-cv-2430 1**      District Judge:  **Watson**

File Date:  **6/10/2022**      Magistrate Judge:  **Vascura**

**Related Case(s):** _____

Case Caption:  **Steubenville City School District Board of Education v. McGuire et al**

Case Number:  **Doc. 2:22-cv-2484 1**      District Judge:  **Watson**

File Date:  **6/14/2022**      Magistrate Judge:  **Vascura**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   **Donald A. Fitzgerald III**
as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Watson

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____
United States District Judge

s/Edmund A. Sargus, Jr. 5/11/2023
_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*